

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2014

No. 04-14-00512-CR

**EX PARTE** Antwaun Deon **ROBINSON**,

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2014W0146
Honorable Andrew Carruthers, Judge Presiding

# O R D E R

  The record in this habeas corpus appeal has been filed. We **order** appellant's brief due **August 25, 2014**. *See* TEX. R. APP. P. 31.1; 4th Tex. App. (San Antonio) Loc. R. 8.2. The brief of the State is due within 20 days after the date appellant's brief is filed. *Id.* A reply brief, if any, must be filed within 10 days after the State's brief is filed. *Id.*

_____
Luz Elena D. Chapa, Justice

  IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court